Hank Rugeley
hankrugeley@sbcglobal.net
**DAVISON RUGELEY, L.L.P.**
900 Eighth Street, Suite 1102
P. O. Drawer 99
Wichita Falls, Texas 76307
(940) 766-1388
(940) 766-5396 – FAX

ATTORNEYS FOR FIRST BANK

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
WICHITA FALLS DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| PAULA JANE BARKER, | § | CASE NO. 10-70477-hdh-13 |
| | § | CHAPTER 13 |
| DEBTORS. | § | |

## OBJECTION TO POST-CONFIRMATION MODIFICATION

First Bank (the "Bank") files this its objection to the Modification of Plan After Confirmation

(Docket No. 26) filed by the Debtor on or about February 17, 2011 and would show the Court the

following

1.      The Bank is both a secured creditor and unsecured creditor of the Debtor.  The Bank

has two secured claims.  The Bank has a secured claim on the real property located at 3217

Hollywood Avenue, Wichita Falls, Texas which is being paid direct.  The payoff amount for this

secured claim as of March 9, 2011 is $2,496.59.  The second secured claim is on a 2007 Ford motor

vehicle which was set in the confirmed plan at $4,000.00.  The Bank has a deficiency claim on the

2007 Ford in the amount of $2,028.43.

2.      This bankruptcy was filed on October 14, 2010.  The original plan filed by the Debtor

provided for monthly payments of $247.00.

3.      According to the Report of 341 Meeting (Docket No. 14), the Trustee provided under

"Section L. Objection to Confirmation" as follows:

> PLAN FAILS TO PROVIDE STEP PAYMENTS WHEN 401K LOAN &
> SPOUSES CAR IS PAID IN FULL
> UNABLE TO VERIFY SPOUSE'S INCOME-VERY CLOSE TO MEDIAN
> INCOME
> 100% PLAN WILL RESOLVE ALL OBJECTIONS AND NEED FOR
> PAYSTUBS

4.      On December 16, 2010, the Court entered its confirmation order which included the

following:

> THE DEBTOR'S MONTHLY PLAN PAYMENT TO THE TRUSTEE
> SHALL INCREASE TO $547.00 BEGINNING JANUARY 2011.  THE
> PLAN TERM SHALL BE EXTENDED FROM 36 TO 45 MONTHS.  THE
> NEW PLAN BASE SHALL BE $24,015.00.  THE PLAN SHALL PAY
> 100% TO THE ALLOWED UNSECURED CLAIMS FILED.

5.      Modification of the plan should be denied pursuant to Sections 1329, 1322(a)(1), and

1325(a)(3) of the Bankruptcy Code because the Debtor's proposed modified plan will not pay the

creditor's to the extent of the Debtor's capability.  The Court should take into consideration the

Debtor's ability to contribute more to the plan based upon completion of the payment of their home

loan, based upon completion of payment of the spouse's car payment, and based upon completion

of the payment of the 401(k) loan.  In addition, upon information and belief, the information

included in the Debtor's schedules is not correct.  The Debtor's should be required to pay 100% of

unsecured claims and should be required to pay up to 60 months if necessary.

WHEREFORE, PREMISES CONSIDERED, the Bank prays that the modification requested

by the Debtor be denied and that the Bank have such other and further relief to which it may be justly

entitled.

Date:   March 9, 2011

Respectfully submitted,

**DAVISON RUGELEY, L.L.P.**
900 Eighth Street, Suite 1102
P. O. Drawer 99
Wichita Falls, Texas 76307
(940) 766-1388
(940) 766-5396 – FAX

By: */s/ Hank Rugeley*
　　　Hank Rugeley
　　　State Bar No. 17382900

ATTORNEYS FOR FIRST BANK

## CERTIFICATE OF SERVICE

I hereby certify that on March 9, 2011, a true and correct copy of the foregoing was served on all parties of record via ECF or first class mail as follows:

Monte J. White
Monte J. White & Associates, P.C.
1106 Brook Avenue
Wichita Falls, Texas 76301

Mr. Walter O'Cheskey
Chapter 13 Trustee
6308 Iola Avenue
Lubbock, Texas 79424

U. S. Trustee
1100 Commerce Street, Room 976
Dallas, Texas 75242-1496

*/s/ Hank Rugeley*
Hank Rugeley

P:\HLR\First Bank\06012.009 Barker\Pleadings\obj - post-conf modification.wpd